**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR331 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JULIAN MIX-PEREZ, | ) | |
| ALISHA TREVINO and | ) | |
| CARLOS VIDAL-MIX, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Carlos Vidal-Mix (Vidal-Mix) (Filing No. 41). Vidal-Mix seeks an additional thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 38). Vidal-mix's counsel represents that Vidal-Mix will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Vidal-Mix's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted, and the pretrial motion deadline **will be extended as to all defendants**.

**IT IS ORDERED:**

1.      Vidal-Mix's motion (Filing No. 41) for an extension of the pretrial motion deadline is granted.

2.      **All defendants shall have to on or before January 18, 2017**, in which to file pretrial motions.

3.      The ends of justice have been served by granting such request and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from December 9, 2016, to January 18, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 9th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge